UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

XUE HUI ZHANG

                Plaintiff

-against-                    **NOTICE OF MOTION**

ICHIBAN GROUP LLC.,
ICHIBAN FOOD SERVICES INC.,        CASE NO: 1:17-CV-148 [MAD/TWD]
CHEN & JU, INC.
DAVID IP, SHIOW FEI JU,
SHIN SHII JU, CHWON TZU JU,
LIPING JU, TYNG QUH JU & TOMMY JU    Assigned:

                Defendants,
_____

SIRS/MESDAMES :

    **PLEASE TAKE NOTICE** a motion pursuant to FRCP Rules 8, 11, 12 and NDNY Local Rule 7.1, will be made as set forth below:

| | |
|---|---|
| JUDGE: | Hon. Mae A. D'Agostino , District Court Judge |
| RETURN DATE/TIME: | June 20, 2017 @ 10:00 AM or as soon thereafter as counsel may be heard |
| COURTHOUSE: | United States District Court<br>James T. Foley Courthouse<br>445 Broadway<br>Albany, New York 12207 |
| RELIEF REQUESTED: | 1) An Order a) Dismissing pursuant to FRCP Rules 8, 12 and 56; b) Sanctioning Plaintiff and counsel pursuant to FRCP Rule 11 c) Awarding costs, disbursements and attorneys fees pursuant to 42 USC §1986 ); Granting such other and further relief as the Court deems just fair and proper. |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7.1(b)(1) Answering papers are to be served and filed on or before June 3, 2017; Any reply must be served and filed on or before June 9, 2017.

                                                Respectfully submitted

Date:  May 11, 2017                        /s/ Matthew J. Mann
       LATHAM, NEW YORK            Matthew J. Mann (Bar Roll 507018)
                                               Mann Law Firm P.C.
                                               Attorney for Defendants
                                               426 Troy Schenectady Road
                                               Latham, NY 12110
                                               (518) 785-3300