**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**XUE HUI ZHANG,**

                               **Plaintiff,**

   vs.                                             **1:17-CV-148
                                                             (MAD/TWD)**

**ICHIBAN GROUP, LLC,** *et al.***,**
                               **Defendants.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **JOHN TROY & ASSOCIATES, PLLC**<br>41-25 Kissena Boulevard<br>Suite 119<br>Flushing, New York 11355<br>Attorney for Plaintiff | **JOHN TROY, ESQ.** |
| **MANN LAW FIRM, PC**<br>426 Troy-Schenectady Road<br>Latham, New York 12110<br>Attorney for Defendants | **MATTHEW J. MANN, ESQ.** |

**Mae A. D'Agostino, U.S. District Judge:**

## MEMORANDUM-DECISION AND ORDER

      On June 29, 2018, Defendant Chen & Ju, Inc., filed a voluntary petition for bankruptcy. *See In Re Chen & Ju, Inc.*, No. 18-11150, Dkt. No. 1 (Bankr. N.D.N.Y.). On July 26, 2018, the Court issued a Memorandum-Decision and Order noting that the automatic stay imposed by 11 U.S.C. § 362 applies to Defendant Chen & Ju, Inc., only. The remaining named corporate defendants are business names of Chen & Ju, Inc., and the individual defendants are directors, officers, or owners of Chen & Ju, Inc.

      Upon consideration of the parties' letter submissions, for purposes of judicial economy, and to avoid inconsistent or piecemeal litigation, the Court hereby:

      **ORDERS** that the action is stayed as to all defendants; and the Court further

**ORDERS** that the Clerk of the Court serve a copy of this Memorandum-Decision and Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: August 3, 2018
      Albany, New York

                                         Mae A. D'Agostino
                                         U.S. District Judge