**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

**XUE HUI ZHANG,**

                                 **Plaintiff,**

   vs.                                            **1:17-CV-148
                                                          (MAD/TWD)**

**ICHIBAN GROUP, LLC,** *et al.***,**
                                 **Defendants.**

---

**APPEARANCES:**                               **OF COUNSEL:**

**JOHN TROY & ASSOCIATES, PLLC**     **JOHN TROY, ESQ.**
41-25 Kissena Boulevard
Suite 119
Flushing, New York 11355
Attorney for Plaintiff

**MANN LAW FIRM, PC**                **MATTHEW J. MANN, ESQ.**
426 Troy-Schenectady Road
Latham, New York 12110
Attorney for Defendants

**Mae A. D'Agostino, U.S. District Judge:**

**AMENDED MEMORANDUM-DECISION AND ORDER**

     On June 29, 2018, Defendant Chen & Ju, Inc., filed a voluntary petition for bankruptcy. *See In Re Chen & Ju, Inc.*, No. 18-11150, Dkt. No. 1 (Bankr. N.D.N.Y.). On July 26, 2018, the Court issued a Memorandum-Decision and Order noting that the automatic stay imposed by 11 U.S.C. § 362 applies to Defendant Chen & Ju, Inc., only. Plaintiff contends that, and it remains a question of fact in this litigation whether, the remaining named corporate defendants are business names of Chen & Ju, Inc., and whether the individual defendants are directors, officers, or owners of Chen & Ju, Inc.

     Upon consideration of the parties' letter submissions, for purposes of judicial economy, and to avoid inconsistent or piecemeal litigation, the Court hereby:

**ORDERS** that the action is stayed as to all defendants; and the Court further

**ORDERS** that the Clerk of the Court serve a copy of this Memorandum-Decision and Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: August 6, 2018
      Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge