UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**XUE HUI ZHANG, YUE HUA CHEN, and
GUI YONG ZHANG,** on behalf of themselves
and others similarly situated,

        **Plaintiffs,**

   vs.              1:17-CV-148 (MAD/TWD)

**ICHIBAN GROUP, LLC,
ICHIBAN FOOD SERVICES, INC.,**
d/b/a Ichiban Japanese and Chinese Restaurant,
**CHEN & JU, INC.** d/b/a Takara,
**DAVID IP,
LIPING JU,
and TYNG QUH JU,**

        **Defendants.**

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Dkt. No. 252) is **GRANTED**; and the Court further **ORDERS** that all state law claims in this action are **DISMISSED** as the Court declines to exercise supplemental jurisdiction; and the Court further **ORDERS** that Defendants' Motion for Decertification (Dkt. No. 295) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 19th day of September, 2023.

DATED: September 19, 2023

                 *[signature]*
                 Clerk of Court

                 s/Britney Norton
                 Deputy Clerk